In re:                                             Case No. 18-05300-MJC

Jeramy P. Cox                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                    User: AutoDocke                    Page 1 of 2

Date Rcvd: Aug 16, 2021              Form ID: pdf010                    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jeramy P. Cox, 714 Pine Street, Kulpmont, PA 17834-1323 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021                        Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Erik Mark Helbing | on behalf of Debtor 1 Jeramy P. Cox ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Mario John Hanyon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Scott D Fink | on behalf of Creditor Members Choice Financial Credit Union bronationalecf@weltman.com PitEcf@weltman.com |
| Thomas Song | |

on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JERAMY P. COX                : Chapter 13
        Debtor                       : No. 18-5300-MJC

ORDER

AND NOW, upon consideration of the Application for Compensation filed by Debtor's Counsel, Erik M. Helbing, Esquire, for work performed for the period May 10, 2021, through August 10, 2021, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The aforementioned Application shall be and hereby is **GRANTED;** and it is further **ORDERED, ADJUDGED,** and **DECREED** that

2. The Standing Trustee shall tender the sum of $700.00 payable to Mr. Helbing as additional compensation.

Dated: August 16, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge  (CN)