**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Jeramy P. Cox

Case No.: 4-18-05300MJC

Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

## PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | PennyMac Loan Servicing |
| Court Claim Number: | 005 |
| Last Four of Loan Number: | 9071 |
| Property Address if applicable: | 714 Pine St |

## PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $6,111.42 |
| b. | Prepetition arrearages paid by the trustee: | $6,111.42 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $966.42 |
| f. | Postpetition arrearage paid by the trustee: | $966.42 |
| g. | Total b, d, and f: | $7,077.84 |

## PART 3:  POSTPETITION MORTGAGE PAYMENT

Mortgage is paid directly by the debtor(s).

## PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated:  January 31,2023                          Respectfully submitted,


                                                 /s/ Jack N. Zaharopoulos
                                                 Standing Chapter 13 Trustee
                                                 Suite A, 8125 Adams Drive
                                                 Hummelstown, PA  17036
                                                 Phone:  (717) 566-6097
                                                 Fax:  (717) 566-8313
                                                 email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:      Jeramy P. Cox

Case No.: 4-18-05300MJC

Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 31, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Erik Mark Helbing, Esq
Bowe & Odorizzi Law
109 West Broad St
Tamaqua PA 18252-1916

**Served by First Class Mail**
PennyMac Loan Servicing, Inc
6101 Condor Dr
Suite 200
Moorpark CA 93021

Jeramy P. Cox
714 Pine St
Kulpmont  PA 17834

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 31, 2023

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**PENNYMAC LOAN SERVICES, LLC**

P.O. BOX 660929
DALLAS, TX   75266-0929

Sequence:  24
Modify:
Filed Date:
Hold Code:  M

Acct No: #9071-post arrears pine st

07/21 2AP POST ARREARS  MFR #59 9/22

|  |  | Debt: | $1,566.28 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $966.42 | Balance Due: | $599.86 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5210** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 521-0 | PENNYMAC LOAN SERVICES, LLC |  | 04/12/2022 | 2011856 | $44.88 | $0.00 | $44.88 | 04/22/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC |  | 03/16/2022 | 2010840 | $44.88 | $0.00 | $44.88 | 03/23/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC |  | 02/16/2022 | 2009852 | $44.88 | $0.00 | $44.88 | 03/02/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC |  | 01/19/2022 | 2008882 | $44.87 | $0.00 | $44.87 | 01/27/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC |  | 12/15/2021 | 2007866 | $199.43 | $0.00 | $199.43 | 12/24/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC |  | 11/16/2021 | 2006842 | $328.68 | $0.00 | $328.68 | 12/01/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC |  | 10/14/2021 | 2005813 | $258.80 | $0.00 | $258.80 | 10/26/2021 |
|  |  |  |  | **Sub-totals:** | **$966.42** | **$0.00** | **$966.42** |  |
|  |  |  |  | **Grand Total:** | **$966.42** | **$0.00** |  |  |

# Disbursements for Claim

**Case:** 18-05300     **JERAMY P. COX**

**PENNYMAC LOAN SERVICES, LLC**

P.O. BOX 660929
DALLAS, TX  75266-0929

Sequence: 24
Modify:
Filed Date:
Hold Code:  M

Acct No: 714 Pine St - PRE-ARREARS -

AREARS - 714 PINE STREET   02/20 AMENDED   MRF # 59 9/22

| | Debt: | $9,904.81 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: $61,752.00 | | | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $6,111.42 | Balance Due: | $3,793.39 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |

### 5200     PENNYMAC LOAN SERVICES, LLC

| Claim | name | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 04/12/2022 | 2011856 | $283.80 | $0.00 | $283.80 | 04/22/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 03/16/2022 | 2010840 | $283.80 | $0.00 | $283.80 | 03/23/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 02/16/2022 | 2009852 | $283.80 | $0.00 | $283.80 | 03/02/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 01/19/2022 | 2008882 | $283.81 | $0.00 | $283.81 | 01/27/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 12/15/2021 | 2007866 | $129.25 | $0.00 | $129.25 | 12/24/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 07/14/2021 | 2002694 | $282.00 | $0.00 | $282.00 | 07/29/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 05/18/2021 | 2000715 | $282.00 | $0.00 | $282.00 | 06/15/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 04/15/2021 | 1229333 | $273.00 | $0.00 | $273.00 | 04/27/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 03/17/2021 | 1228323 | $273.00 | $0.00 | $273.00 | 04/09/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 02/17/2021 | 1227308 | $273.00 | $0.00 | $273.00 | 03/03/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 01/19/2021 | 1226290 | $273.00 | $0.00 | $273.00 | 02/04/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 12/10/2020 | 1224506 | $546.00 | $0.00 | $546.00 | 01/13/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 10/15/2020 | 1222733 | $270.00 | $0.00 | $270.00 | 10/27/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | 09/17/2020 | 1221737 | $270.00 | $0.00 | $270.00 | 09/30/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|-----------|
| | | | | | | | DisbDescrp | |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/12/2020 | 1220677 | $270.00 | $0.00 | $270.00 | 09/01/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/07/2020 | 1219631 | $540.00 | $0.00 | $540.00 | 07/27/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/02/2020 | 1218604 | $270.00 | $0.00 | $270.00 | 06/12/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/14/2020 | 1216612 | $279.90 | $0.00 | $279.90 | 04/29/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/12/2020 | 1215334 | $279.90 | $0.00 | $279.90 | 04/01/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/13/2020 | 1214021 | $298.56 | $0.00 | $298.56 | 03/03/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/16/2020 | 1212666 | $166.60 | $0.00 | $166.60 | 02/10/2020 |

|  | Sub-totals: | $6,111.42 | $0.00 | $6,111.42 |
|--|-------------|-----------|-------|-----------|
|  | Grand Total: | $6,111.42 | $0.00 | |