# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JERAMY P. COX<br>AKA: JERAMY PAUL COX<br><br>Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 4-18-05300-MJC |

## WITHDRAWAL OF Notice of Final Cure Mortgage Payment

AND NOW, on March 6, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Notice of Final Cure Mortgage Payment filed on or about February 23, 2023 be withdrawn. The Notice of Final Cure Mortgage Payment was filed in error or was incorrect as filed.

                              Respectfully Submitted,

                              /s/ Jack N. Zaharopoulos
                              Jack N. Zaharopoulos, Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              Phone: (717) 566-6097

Dated: March 6, 2023

IN RE: JERAMY P. COX
AKA: JERAMY PAUL COX

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

JERAMY P. COX
AKA: JERAMY PAUL COX

CHAPTER 13

CASE NO: 4-18-05300-MJC

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the below parties were served a copy of this Withdrawal by First Class Mail from Hummelstown, PA, unless served electronically, at the below address on March 6, 2023.

ERIK MARK HELBING
BOWE & ODORIZZI LAW
109 WEST BROAD STREET
TAMAQUA, PA  18252-1916

Respectfully Submitted,

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  March 6, 2023