In re:

Jeramy P. Cox

    Debtor

Case No. 18-05300-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4             User: AutoDocke             Page 1 of 3

Date Rcvd: Mar 23, 2023          Form ID: fnldecnd            Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jeramy P. Cox, 714 Pine Street, Kulpmont, PA 17834-1323 |
| 5142744 | | BERKEIMER, P.O. BOX 25153, LEHIGH VALLEY, PA 18002-5153 |
| 5142742 | + | ERIK M. HELBING, 1328 SECOND AVENUE, BERWICK, PA 18603-1616 |
| 5142746 | | KERSTEN M. REICHENBACH, 714 PINE ST, KULPMONT, PA 17834-1323 |
| 5142747 | | MC CREDIT UNION, 230 WALNUT ST., DANVILLE, PA 17821 |
| 5147218 | + | Members Choice Financial Credit Union, M-C Federal Credit Union, 390 Walnut St, Danville PA 17821-1503 |
| 5142754 | + | PHELAN, HALLINAN, DIAMOND & JONES, 1617 JFK BLVD, SUITE 1400, ONE PENN PLAZA, PHILADELPHIA, PA 19103-1814 |
| 5368839 | + | PennyMac Loan Services, LLC, c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 5142757 | + | US DEPT OF ED, P.O. BOX 7859, MADISON, WI 53707-7859 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5142743 | + | Email/Text: Bankruptcy.Consumer@dish.com | Mar 23 2023 18:47:00 | ALLIED INTERSTATE/DISH NETWORK, P.O. BOX 361445, COLUMBUS, OH 43236-1445 |
| 5142745 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 23 2023 18:47:00 | DEPT OF ED/NELNET, 121 SOUTH 13TH ST, LINCOLN, NE 68508-1904 |
| 5160008 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2023 18:47:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5142749 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2023 18:47:00 | MIDLUND FUNDING, 8875 AERO DR, STE 200, SAN DIEGO, CA 92123-2255 |
| 5142748 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2023 18:47:00 | MIDLUND FUNDING, 2365 NORTHSIDE DRIVE, STE 300, SAN DIEGO, CA 92108-2710 |
| 5142750 | | Email/Text: bankruptcynotices@psecu.com | Mar 23 2023 18:47:00 | PA STATE EMPLOYEES CU, 1 CREDIT UNION PLACE, HARRISBURG, PA 17110-2912 |
| 5142751 | + | Email/Text: bankruptcynotices@psecu.com | Mar 23 2023 18:47:00 | PA STATE EMPLOYEES FCU, 1500 ELMERTON AVE, HARRISBURG, PA 17110-2990 |
| 5142752 | + | Email/PDF: ebnotices@pnmac.com | Mar 23 2023 19:02:05 | PENNYMAC, P.O. BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5142753 | | Email/PDF: ebnotices@pnmac.com | Mar 23 2023 19:02:05 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, SIMI VALLEY, CA 93065 |
| 5166352 | + | Email/PDF: ebnotices@pnmac.com | Mar 23 2023 19:02:08 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 5143470 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 23 2023 19:02:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5158948 | + | Email/Text: bankruptcynotices@psecu.com | Mar 23 2023 18:47:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5142755 | | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2023 19:02:03 | SYNCB/CARE CREDIT, P.O. BOX 965036, |

| | | | |
|---|---|---|---|
| | | | ORLANDO, FL 32896-5036 |
| 5207813 | | Email/Text: EDBKNotices@ecmc.org | |
| | | Mar 23 2023 18:47:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 5142756 | | Email/Text: edbknotices@ecmc.org | |
| | | Mar 23 2023 18:47:00 | US DEPT OF ED, P.O. BOX 4222, IOWA CITY, IA 52244 |
| 5142758 | + | Email/Text: edbknotices@ecmc.org | |
| | | Mar 23 2023 18:47:00 | US DEPT OF ED, 2505 S. FINLEY RD, LOMBARD, IL 60148-4867 |
| 5142759 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | |
| | | Mar 23 2023 18:47:00 | US DEPT OF EDUCATION, 2401 INTERNATIONAL, MADISON, WI 53704-3121 |
| 5142760 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Mar 23 2023 19:02:07 | WALMART/SYNCB, PO BOX 530927, ATLANTA, GA 30353-0927 |
| 5142762 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Mar 23 2023 19:02:04 | WALMART/SYNCB, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5142761 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Mar 23 2023 19:02:03 | WALMART/SYNCB, P.O. BOX 965024, EL PASO, TX 79998 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5142741 | * | JERAMY P. COX, 714 PINE ST, KULPMONT, PA 17834-1323 |
| 5304352 | *+ | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Erik Mark Helbing | on behalf of Debtor 1 Jeramy P. Cox ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

Jill Manuel-Coughlin
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Mario John Hanyon
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pamb@fedphe.com, mario.hanyon@brockandscott.com

Michael Patrick Farrington
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com

Scott D Fink
    on behalf of Creditor Members Choice Financial Credit Union bronationalecf@weltman.com  PitEcf@weltman.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jeramy P. Cox,
aka Jeramy Paul Cox,

Chapter     13

**Debtor 1**

Case No.     4:18−bk−05300−MJC

Social Security No.:

     xxx−xx−6054

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Jeramy P. Cox** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  March 23, 2023

**fnldec** (01/22)