IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: Jeramy P. Cox : Bankruptcy No. 4:18-bk-05300-MJC
: Chapter 13
Debtor

## CERTIFICATE OF SERVICE

**I,** Erik M. Helbing, attorney for the debtor, hereby certify a true and correct copy of the above and foregoing document was served on this 30th day of May 2023 to all affected creditors and parties in interest not receiving electronic notification.

/s Erik M. Helbing
Erik M. Helbing
Attorney for Debtor