IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Jeffrey L. Erie | : | Bankruptcy No. 5:22-bk-02375-MJC |
| | : | Chapter 7 |
| Debtor | | |

## ORDER GRANTING MOTION TO REOPEN CASE TO FILE CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

**UPON CONSIDERATION OF THE FOREGOING MOTION, it is hereby Ordered** that the Final Decree without a discharge filed on March 23, 2023, is vacated and the case shall be **REINSTATED** and that the Order vacating the Automatic Stay filed on March 23, 2023, is vacated and the automatic stay is **REINSTATED**.

_____        _____

DATE                                                              UNITED STATES BANKRUPTCY JUDGE