IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: Jeramy P. Cox : Bankruptcy No. 4:18-bk-05300-MJC
: Chapter 13

## ORDER GRANTING MOTION TO REOPEN CASE TO FILE CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

**UPON CONSIDERATION OF THE FOREGOING MOTION, it is hereby Ordered** that the Final Decree without a discharge filed on March 23, 2023, is vacated and the case shall be **REINSTATED** and that the Order vacating the Automatic Stay filed on March 23, 2023, is vacated and the automatic stay is **REINSTATED**.

_____ _____

DATE UNITED STATES BANKRUPTCY JUDGE