United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jeramy P. Cox  
    Debtor

Case No. 18-05300-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 14, 2023      Form ID: pdf010      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jeramy P. Cox, 714 Pine Street, Kulpmont, PA 17834-1323 |
| 5142744 | | BERKEIMER, P.O. BOX 25153, LEHIGH VALLEY, PA 18002-5153 |
| 5142742 | + | ERIK M. HELBING, 1328 SECOND AVENUE, BERWICK, PA 18603-1616 |
| 5142746 | | KERSTEN M. REICHENBACH, 714 PINE ST, KULPMONT, PA 17834-1323 |
| 5142747 | | MC CREDIT UNION, 230 WALNUT ST., DANVILLE, PA 17821 |
| 5147218 | + | Members Choice Financial Credit Union, M-C Federal Credit Union, 390 Walnut St, Danville PA 17821-1503 |
| 5142754 | + | PHELAN, HALLINAN, DIAMOND & JONES, 1617 JFK BLVD, SUITE 1400, ONE PENN PLAZA, PHILADELPHIA, PA 19103-1814 |
| 5368839 | + | PennyMac Loan Services, LLC, c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 5530282 | + | Tamaqua Borough Tax Collector, 6 South Lehigh St, Suite 100, Tamaqua, PA 18252-1829 |
| 5142757 | + | US DEPT OF ED, P.O. BOX 7859, MADISON, WI 53707-7859 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5142743 | + | Email/Text: Bankruptcy.Consumer@dish.com | Jun 14 2023 18:57:00 | ALLIED INTERSTATE/DISH NETWORK, P.O. BOX 361445, COLUMBUS, OH 43236-1445 |
| 5142745 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 14 2023 18:57:00 | DEPT OF ED/NELNET, 121 SOUTH 13TH ST, LINCOLN, NE 68508-1904 |
| 5160008 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2023 18:57:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5142749 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2023 18:57:00 | MIDLUND FUNDING, 8875 AERO DR, STE 200, SAN DIEGO, CA 92123-2255 |
| 5142748 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2023 18:57:00 | MIDLUND FUNDING, 2365 NORTHSIDE DRIVE, STE 300, SAN DIEGO, CA 92108-2710 |
| 5142750 | | Email/Text: bankruptcynotices@psecu.com | Jun 14 2023 18:57:00 | PA STATE EMPLOYEES CU, 1 CREDIT UNION PLACE, HARRISBURG, PA 17110-2912 |
| 5142751 | + | Email/Text: bankruptcynotices@psecu.com | Jun 14 2023 18:57:00 | PA STATE EMPLOYEES FCU, 1500 ELMERTON AVE, HARRISBURG, PA 17110-2990 |
| 5142752 | + | Email/PDF: ebnotices@pnmac.com | Jun 14 2023 19:00:58 | PENNYMAC, P.O. BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5142753 | | Email/PDF: ebnotices@pnmac.com | Jun 14 2023 19:01:32 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, SIMI VALLEY, CA 93065 |
| 5166352 | + | Email/PDF: ebnotices@pnmac.com | Jun 14 2023 19:00:55 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 5143470 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 14 2023 19:01:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5158948 | + | Email/Text: bankruptcynotices@psecu.com | Jun 14 2023 18:57:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5142755 | | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 14 2023 19:01:30 | SYNCB/CARE CREDIT, P.O. BOX 965036, ORLANDO, FL 32896-5036 |
| 5207813 | | Email/Text: EDBKNotices@ecmc.org | Jun 14 2023 18:57:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 5142756 | | Email/Text: edbknotices@ecmc.org | Jun 14 2023 18:57:00 | US DEPT OF ED, P.O. BOX 4222, IOWA CITY, IA 52244 |
| 5142758 | + | Email/Text: edbknotices@ecmc.org | Jun 14 2023 18:57:00 | US DEPT OF ED, 2505 S. FINLEY RD, LOMBARD, IL 60148-4867 |
| 5142759 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 14 2023 18:57:00 | US DEPT OF EDUCATION, 2401 INTERNATIONAL, MADISON, WI 53704-3121 |
| 5142760 | | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2023 19:01:30 | WALMART/SYNCB, PO BOX 530927, ATLANTA, GA 30353-0927 |
| 5142762 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2023 19:02:01 | WALMART/SYNCB, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5142761 | | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2023 19:01:27 | WALMART/SYNCB, P.O. BOX 965024, EL PASO, TX 79998 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5142741 | * | JERAMY P. COX, 714 PINE ST, KULPMONT, PA 17834-1323 |
| 5304352 | *+ | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Erik Mark Helbing | on behalf of Debtor 1 Jeramy P. Cox ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | | |
|---|---|---|
| Jill Manuel-Coughlin | | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Mario John Hanyon | | on behalf of Creditor PENNYMAC LOAN SERVICES LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| Scott D Fink | | on behalf of Creditor Members Choice Financial Credit Union bronationalecf@weltman.com PitEcf@weltman.com |
| Thomas Song | | on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Jeramy P. Cox | : | Bankruptcy No. 4:18-bk-05300-MJC |
| | : | Chapter 13 |

### ORDER GRANTING MOTION TO REOPEN CASE TO FILE CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

Upon consideration of Debtor's Motion to Reopen Debtor's Chapter 13 Case to File Certification Regarding Domestic Support Obligation, Dkt. # 78 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Final Decree without a discharge filed on March 23, 2023, Dkt. # 74, is vacated and the case shall be **REINSTATED**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: June 14, 2023