United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jeramy P. Cox  
      Debtor

Case No. 18-05300-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4        User: AutoDocke        Page 1 of 3  
Date Rcvd: Sep 13, 2023        Form ID: 3180W        Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jeramy P. Cox, 714 Pine Street, Kulpmont, PA 17834-1323 |
| 5142744 | | BERKEIMER, P.O. BOX 25153, LEHIGH VALLEY, PA 18002-5153 |
| 5142742 | + | ERIK M. HELBING, 1328 SECOND AVENUE, BERWICK, PA 18603-1616 |
| 5142746 | | KERSTEN M. REICHENBACH, 714 PINE ST, KULPMONT, PA 17834-1323 |
| 5142747 | | MC CREDIT UNION, 230 WALNUT ST., DANVILLE, PA 17821 |
| 5147218 | + | Members Choice Financial Credit Union, M-C Federal Credit Union, 390 Walnut St, Danville PA 17821-1503 |
| 5142754 | + | PHELAN, HALLINAN, DIAMOND & JONES, 1617 JFK BLVD, SUITE 1400, ONE PENN PLAZA, PHILADELPHIA, PA 19103-1814 |
| 5368839 | + | PennyMac Loan Services, LLC, c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 5530282 | + | Tamaqua Borough Tax Collector, 6 South Lehigh St, Suite 100, Tamaqua, PA 18252-1829 |
| 5142757 | + | US DEPT OF ED, P.O. BOX 7859, MADISON, WI 53707-7859 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5142743 | + | EDI: DISH | Sep 13 2023 22:40:00 | ALLIED INTERSTATE/DISH NETWORK, P.O. BOX 361445, COLUMBUS, OH 43236-1445 |
| 5142745 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 13 2023 18:39:00 | DEPT OF ED/NELNET, 121 SOUTH 13TH ST, LINCOLN, NE 68508-1904 |
| 5160008 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2023 18:39:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5142749 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2023 18:39:00 | MIDLUND FUNDING, 8875 AERO DR, STE 200, SAN DIEGO, CA 92123-2255 |
| 5142748 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2023 18:39:00 | MIDLUND FUNDING, 2365 NORTHSIDE DRIVE, STE 300, SAN DIEGO, CA 92108-2710 |
| 5142750 | | Email/Text: bankruptcynotices@psecu.com | Sep 13 2023 18:39:00 | PA STATE EMPLOYEES CU, 1 CREDIT UNION PLACE, HARRISBURG, PA 17110-2912 |
| 5142751 | + | Email/Text: bankruptcynotices@psecu.com | Sep 13 2023 18:39:00 | PA STATE EMPLOYEES FCU, 1500 ELMERTON AVE, HARRISBURG, PA 17110-2990 |
| 5142752 | + | Email/PDF: ebnotices@pnmac.com | Sep 13 2023 18:42:42 | PENNYMAC, P.O. BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5142753 | | Email/PDF: ebnotices@pnmac.com | Sep 13 2023 18:42:48 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, SIMI VALLEY, CA 93065 |
| 5166352 | + | Email/PDF: ebnotices@pnmac.com | Sep 13 2023 18:42:48 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 5143470 | + | EDI: RECOVERYCORP.COM | Sep 13 2023 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5158948 | + | Email/Text: bankruptcynotices@psecu.com | Sep 13 2023 18:39:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5142755 | | EDI: RMSC.COM | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 13 2023 22:40:00 | SYNCB/CARE CREDIT, P.O. BOX 965036, ORLANDO, FL 32896-5036 |
| 5207813 | | Email/Text: EDBKNotices@ecmc.org | Sep 13 2023 18:39:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 5142756 | | Email/Text: edbknotices@ecmc.org | Sep 13 2023 18:39:00 | US DEPT OF ED, P.O. BOX 4222, IOWA CITY, IA 52244 |
| 5142758 | + | Email/Text: edbknotices@ecmc.org | Sep 13 2023 18:39:00 | US DEPT OF ED, 2505 S. FINLEY RD, LOMBARD, IL 60148-4867 |
| 5142759 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 13 2023 18:39:00 | US DEPT OF EDUCATION, 2401 INTERNATIONAL, MADISON, WI 53704-3121 |
| 5142760 | | EDI: RMSC.COM | Sep 13 2023 22:40:00 | WALMART/SYNCB, PO BOX 530927, ATLANTA, GA 30353-0927 |
| 5142762 | + | EDI: RMSC.COM | Sep 13 2023 22:40:00 | WALMART/SYNCB, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5142761 | | EDI: RMSC.COM | Sep 13 2023 22:40:00 | WALMART/SYNCB, P.O. BOX 965024, EL PASO, TX 79998 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5142741 | * | JERAMY P. COX, 714 PINE ST, KULPMONT, PA 17834-1323 |
| 5304352 | *+ | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Erik Mark Helbing | on behalf of Debtor 1 Jeramy P. Cox ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com |
| Jack N Zaharopoulos | |

| | |
|---|---|
| | TWecf@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Mario John Hanyon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| Scott D Fink | on behalf of Creditor Members Choice Financial Credit Union bronationalecf@weltman.com PitEcf@weltman.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jeramy P. Cox<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6054<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:18-bk-05300-MJC | |

# Order of Discharge                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

>Jeramy P. Cox
>aka Jeramy Paul Cox

9/13/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W          **Chapter 13 Discharge**          page 2