| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Jeramy P. Cox aka Jeramy Paul Cox | | |
| Debtor 2 (Spouse, if filing) | | | |
| United States Bankruptcy Court for the | Middle | District of | Pennsylvania |
| Case number | 18-05300 RNO | | |

# Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC  **Court claim no.** (if known): 5-2

**Last 4 digits** of any number you use to identify the debtor's account: 9071

**Date of payment change:** Must be at least 21 days after date of this notice  01/01/2021

**New total payment:** $ 433.81
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 179.20    **New escrow payment:** $ 168.55

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %
   Current principal and interest payment: _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No.
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or a loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____    New mortgage payment: $ _____

| Debtor 1 | Jeramy | P. | Cox | Case number (if known) | 18-05300 RNO |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Sarah K. McCaffery
Signature

Date: 11/30/2020

Print: Jill Manuel-Coughlin, Esq. / Harry B. Reese, Esq./ Sarah K. McCaffery, Esq.
First Name   Middle Name   Last Name

Title: Attorney

Company: Powers Kirn, LLC

Address: 8 Neshmainy Interplex, Suite 215
Number   Street

Trevose, PA   19053
City   State   ZIP Code

Contact phone: 215-942-2090

Email: bankruptcy@powerskirn.com

page 2
Official Form 410S1     Notice of Mortgage Payment Change

Case 4:18-bk-05300-MJC   Doc   Filed 11/30/20   Entered 11/30/20 15:24:43   Desc
Main Document   Page 2 of 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Jeramy P. Cox aka Jeramy Paul Cox | Debtor(s) | Case No.: 18-05300 RNO |
| PennyMac Loan Services, LLC<br><br>     v.<br>Jeramy P. Cox aka Jeramy Paul Cox<br><br><br>Respondent | Movant | |

## CERTIFICATION OF SERVICE
## OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on November 30, 2020.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

| | |
|---|---|
| Charles J. DeHart, III<br>8125 Adams Drive, Suite A<br>Hummelstown PA  17036<br>dcook@pamd13trustee.com<br>Trustee | Eric Mark Helbing, Esquire<br>1328 Second Avenue<br>Berwick, PA  18603<br>Erik_Helbing_Esq@yahoo.com<br>Attorney for Debtor/Debtors |

Parties served via First-Class Mail:

Jeramy P. Cox aka Jeramy Paul Cox
714 Pine Street
Kulpmont, PA  17834-1323
Debtor

| | |
|---|---|
| Dated: November 30, 2020 | /s/ Sarah K. McCaffery<br>POWERS KIRN, LLC<br>Jill Manuel-Coughlin, Esq.; Atty ID #63252<br>Harry B. Reese, Esq.; Atty ID #310501<br>Sarah K. McCaffery, Esq.; Atty ID #311728<br>8 Neshaminy Interplex, Suite 215<br>Trevose, PA  19053<br>Phone: 215-942-2090; Fax 215-942-8661<br>Email: bankruptcy@powerskirn.com<br>Attorneys for Creditor/Movant |



| | 728 Marne Highway<br>Moorestown, NJ 08057<br>856.802.1000<br>*(New Jersey Office)* | 8 Neshaminy Interplex, Suite 215<br>Trevose, PA 19053<br>Phone: (215) 942-2090<br>Fax: (215) 942-8661<br>*(Pennsylvania Office)* |
|---|---|---|

November 30, 2020

Jeramy P. Cox aka Jeramy Paul Cox
714 Pine Street
Kulpmont PA 17834-1323

RE: Jeramy P. Cox aka Jeramy Paul Cox
     Case No.: 18-05300 RNO

Dear Sir or Madam:

Enclosed please find a copy of a Notice of Mortgage Payment Change filed by PennyMac Loan Services, LLC in the above captioned matter.

Thank you for your attention in this matter.

          Very truly yours,

          /s/ Sarah K. McCaffery
          Jill Manuel-Coughlin, Esq.; Atty ID #63252
          Harry B. Reese, Esq.; Atty ID #310501
          Sarah K. McCaffery, Esq.; Atty ID #311728
          For the Firm

JMC/veco
Enclosure
20-0428

cc: Charles J. DeHart, III (via ecf)
     Eric Mark Helbing, Esquire (via ecf)