Fill in this information to identify the Fill in this information to identify the case:

Debtor 1   Jeramy P. Cox

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   18-05300 HWV

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no.** (if known): 5-2

**Last 4 digits** of any number you use to identify the debtor's account: 9071

**Date of payment change:**
Must be at least 21 days after date of this notice     01/01/2023

**New total payment:**     $450.13
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $179.40         **New escrow payment:** $ 184.87

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%         **New interest rate:** _____%

   **Current principal and interest payment:** $_____     **New principal and interest payment:** $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____         **New mortgage payment:** $_____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Case 4:18-bk-05300-MJC   Doc   Filed 11/16/22   Entered 11/16/22 13:37:49   Desc
Document ID: 93e92d7b8cfc78bbaffb01ba5337be4043826d603424ee6629dcc084162d33b1
Main Document   Page 1 of 2

| Debtor(s) | <u>Jeramy</u> | <u>P.</u> | <u>Cox</u> | Case number *(if known)* <u>18-05300 HWV</u> |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ *Michael Farrington*　　　　　　　　　　Date  11/14/2022
　　Signature
Print: Michael Farrington
　　14 Nov 2022, 11:17:21, EST

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701</u>　　<u>Market Street, Suite 5000</u>
　　　　Number　　Street
　　　　Philadelphia,　　　　　　PA　　19106
　　　　City　　　　　　　　　　State　　ZIP Code

Contact phone  (215) 627–1322　　　Email  bkgroup@kmllawgroup.com

Official Form 410S1　　　　　　　**Notice of Mortgage Payment Change**　　　　　　　page 2

Case 4:18-bk-05300-MJC　Doc　Filed 11/16/22　Entered 11/16/22 13:37:49　Desc
Document ID: 93e92d7b8cfc78bbaffb01ba5337be4043826d603424ee6629dcc084162d33b1
Main Document　Page 2 of 2